Ida A. Starbuck, as Administratrix, etc., of Henry Starbuck, Deceased, Respondent, v. The Erie Railroad Company, Appellant.— Order affirmed,

with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.